IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JIBREEL FRAZIER,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-2247** |
| : | |
| **EQUIFAX INFORMATION** : | |
| **SERVICES,** : | |
|     Defendant. : | |

# ORDER

AND NOW, this 1st day of August, 2024, upon consideration of Plaintiff Jibreel Frazier's *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

                                                **BY THE COURT:**

                                                */s/ R. Barclay Surrick*
                                                **R. BARCLAY SURRICK, J.**